UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERENY HENAWY, MINA ABDELMASEH, and M.A.,

    Plaintiffs,

  vs.

KRISTI NOEM; and ANGELICA ALFONSO-ROYALS,[1]

    Defendant.

Case No.
6:24-cv-780-PGB-RMN

## ORDER

    This matter is before the Court without argument on Defendant's Unopposed Motion to File the Certified Administrative Record Under Seal (Dkt. 26). Defendants ask the Court to seal the copy of the certified administrative record because of the significant amount of personal information, identifiers, addresses, medical information, and confidential records contained within it. Dkt. 26

---

[1] Since the filing of this action, Kristi Noem has been appointed as Secretary of the Department of Homeland Security and Angelica Alfonso-Royals the acting director of the United States Citizenship and Immigration Services. They are automatically substituted as parties by Federal Rule of Civil Procedure 25(d). The Clerk shall update the docket accordingly.

at 2–3. The Court finds the public's right to access the record is outweighed by the interests identified by Defendants in the motion. *See Thompson v. United States Dep't of Homeland Sec.*, No. 8:24-cv-349, 2025 WL 43132, at *1 (M.D. Fla. Jan. 7, 2025) (sealing an administrative records containing personal and financial information about a party).

Accordingly, it is **ORDERED** that Defendant's Unopposed Motion to File the Certified Administrative Record Under Seal (Dkt. 26) is **GRANTED**.

**DONE** and **ORDERED** in Orlando, Florida, on June 6, 2025.

*[signature]*

ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Counsel of Record